IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| H.S., | : |
|     Petitioner, | : |
| v. | :   Case No. 4:25-cv-69-CDL-AGH |
| | :   28 U.S.C. § 2241 |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | : |
|     Respondent. | : |

**ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on February 24, 2025 (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondent shall have twenty-one (21) days to file a comprehensive response to said application.[1] Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 24th day of February, 2025.

                                                      s/ *Amelia G. Helmick*
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] In the response, Respondent shall also address whether venue is proper in this Court. Petitioner indicates that he is presently detained at the federal prison located in Atlanta, Georgia, because Stewart Detention Center in Lumpkin, Georgia, is full. *See* Cover Letter 1, ECF No. 1-1.