IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| H.S., | : |
|       Petitioner, | : |
| v. | : Case No. 4:25-cv-69-CDL-AGH |
| | : 28 U.S.C. § 2241 |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | : |
|       Respondent. | : |

## ORDER

In a letter attached to Petitioner's habeas petition, Petitioner explains that he is being housed at the federal prison in Atlanta, Georgia, and at Stewart Detention Center—presumably he means he is being transferred between these two facilities. Cover Letter 1, ECF No. 1-1.  The Clerk docketed this request as a motion to have mail to Petitioner sent to Petitioner's wife, who resides in the state of Washington.  Mot. to Send Mail to Another, ECF No. 4; Cover Letter 1-2.  Given that it is unclear where Petitioner will continue to be housed, the motion (ECF No. 4) is **GRANTED**.  The Clerk is **DIRECTED** to send copies of all Court orders to Petitioner's wife at the address listed for her in his Cover Letter, in addition to the service copy sent to Petitioner at his address of record.  Petitioner is reminded of his obligation to inform the Court in writing of any future address changes.

      **SO ORDERED**, this 27th day of February, 2025.

                                          s/ *Amelia G. Helmick*
                                          UNITED STATES MAGISTRATE JUDGE