IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| H.S., | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : CASE NO. 4:25-CV-69-CDL-AGH |
| | :          28 U.S.C. § 2241 |
| IMMIGRATION AND CUSTOMS | : |
| ENFORCEMENT, | : |
| | : |
| Respondent. | : |

**ORDER**

Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued immigration detention (ECF No. 1). Petitioner is currently detained at FCI Atlanta in Atlanta, Georgia.[1] Pet. Attach. 1, at 1, ECF No. 1-1. Atlanta, Georgia is located in the Northern District of Georgia, Atlanta Division. 28 U.S.C. § 90(a)(2).

Challenges to detention are properly brought in the district in which a detainee is confined. *See, e.g., Rumsfeld v. Padilla*, 542 U.S. 426, 446-47 (2004) ("Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should . . . file the petition in the district of confinement."); *Fernandez v. United States*, 941 F.2d 1488, 1495

---

[1] Although he listed Stewart Detention Center as his address, Petitioner was housed at FCI Atlanta when he filed the case, and he remains detained there. *Compare* Pet. 1, ECF No. 1, *with* Pet. Attach. 1, at 1, ECF No. 1-1.

(11th Cir. 1991) ("Section 2241 petitions may be brought only in the district court for the district in which the inmate is incarcerated."); *see also* 28 U.S.C. § 2241(a). The Clerk of Court is, therefore, **ORDERED** to transfer this action to the Atlanta Division of the United States District Court for the Northern District of Georgia. *See* 28 U.S.C. § 90(a)(2).

**SO ORDERED**, this 18th day of March, 2025.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA